**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 7 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02718-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

BURTON SANDLES,

      Applicant,

v.

THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a "Petition for a Federal Writ of Habeas Corpus Under

28 USC 2254" and paid the $5.00 filing fee.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the submitted document is

deficient as described in this order.  Applicant will be directed to cure the following if he

wishes to pursue his claims.  Any papers which the Applicant files in response to this

order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __     is not submitted
(2)   __     is not on proper form (must use the court's current form)
(3)   __     is missing original signature by Applicant
(4)   __     is missing affidavit
(5)   __     affidavit is incomplete
(6)   __     affidavit is not notarized or is not properly notarized
(7)   __     names in caption do not match names in caption of complaint, petition or
              application
(8)   __     An original and a copy have not been received by the court.

Only an original has been received.

(9)     __     other _____

**Complaint or Petition**:

(10)    __     is not submitted
(11)    xx     is not on proper form (must use the court's current form)
(12)    __     is missing an original signature by the Applicant
(13)    __     is incomplete
(14)    __     uses et al. instead of listing all parties in caption
(15)    __     An original and a copy have not been received by the court.  Only an
               original has been received.
(16)    __     Sufficient copies to serve each defendant/respondent have not been
               received by the court.
(17)    __     names in caption do not match names in text
(18)    __     other _____

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within

thirty (30) days from the date of this order**.  Any papers which the Applicant files in

response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved

Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form, along with

the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED October 27, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-02718-BNB

Burton Sandles
1746 Emerson St #103
Denver, CO 80218

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 27, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk